I concur because of the way the question is presented:
 "Is a person who publishes a slander at a press conference responsible for damages caused by the expected and intended repetition of the slander by the news media?"
By concurring, I am not agreeing that the repetition of the alleged defamatory information in a newspaper or on radio or television is a slander. I believe that if, with the intent tohave them published by radio, television, or newspaper, one presents defamatory statements to reporters from those media, the publication of the defamatory statements by those media is the publication of a libel and not the publication of a slander. See Restatement (Second) of Torts, § 568 cmt. f (1977); First Independent Baptist Church of Arab v.Southerland, 373 So.2d 647 (Ala. 1979). But that is not the question certified to this Court.
MADDOX, ALMON, and SEE, JJ., concur.